GVM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 26 AM 9:28

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Miguel Angel Torrez | '08 MJ 1954 VNH<br>**Magistrate's Case No.**<br><br>**COMPLAINT FOR VIOLATION OF** 18 USC, Section 922(g)(9) – possession of a firearm by a person that has been convicted of domestic violence |

The undersigned complainant being duly sworn states:

**COUNT 1**

On June 25, 2008, within the Southern District of California, defendant Miguel Angel Torrez, a person previously convicted of misdemeanor domestic violence, did possess one Colt, model Police Positive, .38 caliber, revolver, serial number A39794, which traveled in and affected interstate commerce; in violation of Title 18 United States Code, Section 922(g)(9).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Matthew Beals
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 26 day of June, 2008.

Louisa S. Porter
UNITED STATES MAGISTRATE

United States

v.

Miguel Angel Torrez

**Probable Cause Statement**

**OVERT ACTS**

In violation of the aforementioned statute the following act was committed in the Southern District of California:

On July 24, 2002, Miguel Angel Torrez was arrested by Imperial Police Department for violating California Penal Code (CA PC) Section 273.5 – domestic violence against spouse. According to certified conviction documents obtained from the Superior Court, County of Imperial, on November 5, 2002, Torrez was convicted of violating CA PC 273.5 – domestic violence against spouse, a misdemeanor.

On June 25, 2008, ATF Agents served a federal search warrant at Torrez' residence, located at 577 Snapdragon Way, Imperial, California 92251 wherein one Colt, model Police Positive, .38 caliber, revolver, serial number A39794 was recovered. Torrez confessed that he knew the firearm was in his residence, that he transferred the firearm from his old house to his current house approximately three years ago, and that he knew he was prohibited from possessing firearms as result of his conviction for violating CA PC 273.5 – domestic violence against spouse.

On June 25, 2008, SA Beals determined that the aforementioned firearm was manufactured in Connecticut. Therefore, the firearm traveled in and affected interstate commerce by the nature of its presence in California.

Special Agent Matthew Beals
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 26 day of June, 2008.

Louisa S. Porter
UNITED STATES MAGISTRATE