KAREN P. HEWITT
United States Attorney
GEORGE V. MANAHAN
Assistant U.S. Attorney
California State Bar No. 239130
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: 619 557-5610 (Office); 557-5551 (Fax)
Email: george.manahan@usdoj.gov

FILED
08 JUL -2 AM 10:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search Of:<br><br>577 SNAPDRAGON WAY, IMPERIAL, CALIFORNIA 92251 | Case No. 08-MJ-1868 (NLS)<br>08-MJ-1954<br><br>MOTION TO UNSEAL SEARCH WARRANT |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and George V. Manahan, Assistant United States Attorney, and hereby moves this Court for an order unsealing the application, affidavit and search warrant previously filed under seal in case number 08-MJ-1868, as the search warrant has been executed and defendant Miguel Angel Torrez, a/k/a Miguel Torres and Miguel Torres-Zarate, has been arraigned on a complaint based on that search warrant in case number 08-MJ-1954.

DATED: June 17, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

George V. Manahan
Assistant U.S. Attorney

CR